PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Noel, Patricia

Cr.: 07-00475-001
PACTS #: 48121

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg

Date of Original Sentence: 10/10/07

Original Offense: Stealing, fraud, false statements and forgery.

Original Sentence: Probation five years, DNA testing, ten months home confinement, mental health treatment, financial disclosure, no new debt and employment restrictions.

Type of Supervision: Probation                    Date Supervision Commenced: 10/10/07

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Offender failed to comply with the special condition of home confinement by her failing to keep her phone service activated. |

U.S. Probation Officer Action:
This officer verbally reprimanded the offender for her non-compliance and instructed her to have the phone reactivated as soon as possible.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date:  8/18/08

*No Response is necessary unless the court directs that additional action be taken as follows:*

[  ] Submit a Request for Modifying the Conditions or Term of Supervision
[  ] Submit a Request for Warrant or Summons
[  ] Other

agree w/ recommendation

Signature of Judicial Officer

9/9/08