PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Noel, Patricia                                Cr.: 07-00475-001
                                                                PACTS #: 48121

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg

Date of Original Sentence: 10/10/07

Original Offense: Stealing, fraud, false statements and forgery.

Original Sentence: Probation five years, DNA testing, ten months home confinement, mental health treatment, financial disclosure, no new debt and employment restrictions.

Type of Supervision: Probation                     Date Supervision Commenced: 10/10/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Offender failed to comply with the special condition of making monthly $100 payments towards the $26,018.73 restitution balance. |

U.S. Probation Officer Action:
This officer verbally reprimanded the offender for her non-compliance and instructed her to make a payment as soon as possible.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 03/04/09

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

✓ No further action be taken.

Signature of Judicial Officer

3/12/09